A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
INTAKE
NOV 0 8 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. _____

Jonathan E Hughes  )
_____  )
_____  )
_____  )
(Enter above the full name of the plaintiff or plaintiffs in this action.)

v.

Coconut Creek Police Dept. )
Michael Leonard (17840)    )
Rodney Skirvin (15821)     )
Thomas Sye (13047)         )
Driscoll's Towing          )
(Enter above the full name of the defendant or defendants in this action.)

04-61474

CIV-MOORE

MAGISTRATE JUDGE
BROWN WHITE

cat/div _____
Case # 04-61474
Judge MOORE Mag ___
Mom Ifp _YES_ Fee pd $ 0
Receipt # ___

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. 1983

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Page 1 of 6

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $150.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

In addition, if the Judge directs the U.S. Marshal to serve the summons and complaint to each defendant, the United States Marshal will require you to pay for the cost of this service.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes ( )   No (✓)

   B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit

         Plaintiffs: _____

Defendants: _____

_____

2. Court (if federal court, name the district; if state court, name the county): _____

_____

3. Case Number: _____

4. Name of Judge to whom case was assigned: _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):

_____

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of present confinement: _____

_____

A. Is there a prisoner grievance procedure in this institution?
                                                  Yes ( )   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
                                                  Yes ( )   No ( )

C. If your answer is YES:

    1. What steps did you take? _____

_____

_____

2. What was the result? _____

_____

_____

D. If your answer is NO, explain why not: _____

_____

_____

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff *Jonathan E Hughes L15141*

Address *South Florida Reception center 1400 N.W. 41st street Miami FL 33178*

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant *Coconut Creek Police Dept.*

is employed as *State Agency*

at *4800 West Copans Rd Coconut Creek FL, 33063*

C. Additional Defendants: *Michel Leonard (17840) Road Patrol (Officer), Det. Rodney Skirvin (15821) Thomas Sye (13047) Officer. 4800 West Copans Rd Coconut Creek FL, 33063. Driscoll's towing, 1701 North Dixie Hwy Pompano Beach FL.*

Page 4 of 6

Michel Leonard had the car towed to the police station and impounded for evidence. At this time he did not secure a warrant for the seizure. Then on 3-27-2003 about 3:15pm it was searched and tested by officer Thomas SYE. At this time it was about four days after the car was towed, and still he did not get a warrent to do so. Jonathan Hughes was in-custody and there was no way that he could get to his car.

2. On march 21, 2003 Jonathan Hughes was arrested by the coconut creek police Dept. Hughes resided in a bedroom located inside a trailer owend by his father. On march 23 2003 about 8:00pm officer Leonard went to the residence where Hughes bedroom was located. He was allowed to enter the residence by his father. Subsequently he seized the items from the bedroom belonging to Jonathan Hughes were he paid rent.

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach an additional blank page if necessary.)

Det. Rodney Skirvin was doing an investigation and he told Michel Leonard to locate a Red Mazda RX7 At the 4700 Block of Lyons Rd, coconut creek FL. upon finding it he ran the tag, and it came back to a different name So he thought that this was the wrong car and he went back to Hughes, trailer at 4701 Lyons Rd lot 169, Coconut creek FL, On march 22, 2003 about 4:15 Am. He then went to the back driveway of hughes' property and located a white Mazda RX7 (Vin No. JM1FC3313506 15005) that was parked to the rear of hughes' residence. He then got out of his car and went and looked inside window, Michel Leonard had the car towed by Driscoll's towing with out a warrant.

V. Relief

State briefly exactly what you want the court to do so for you. Make no legal arguments. Cite no cases or statutes.

I would like the court to bring

Page 5 of 6

*A civic lawsuits against the people listed in the complaint. And to seek damages by law*

Signed this __Nov__ day of __2__, 20__04__.

_____
(Signature of plaintiff
or plaintiffs)

I declare under penalty of perjury that the foregoing is true and correct. Executed on __11-2-04__

_____
(Signature of plaintiff)

Rev. 11/00

Page 6 of 6